THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOME INSTEAD, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 15-cv-3200 |
| | ) | |
| | ) | |
| BIJU KRISHNAN and NORTH SHORE CARE | ) | |
| MANAGEMENT CORP. d/b/a QUALICARE | ) | |
| CHICAGO NORTH SHORE, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Home Instead, Inc. ("Plaintiff") and Defendants Biju Krishnan and North Shore Care Management Corp. d/b/a Qualicare Chicago North Shore (collectively "Defendants") have entered into a settlement agreement and have stipulated and agreed that the Court may enter a Consent Judgment awarding Plaintiff the sum of $2,500.00. The Parties further stipulate and agree to the following:

1. The Court has proper subject matter jurisdiction over the subject matter of this dispute, has personal jurisdiction all parties to this action, and venue is proper in this District.

2. Plaintiff owns a valid registered copyright in the original works described in the Complaint [Doc. No. 2].

3. Defendants infringed Plaintiff's copyrights in the copyrighted works.

4. The Parties consent to entry of a final judgment in this matter against Defendants Biju Krishnan and North Shore Care Management d/b/a Qualicare Chicago North Shore, jointly and severally, and in favor of Home Instead, Inc. in the amount of $2,500.00.

5. The Parties stipulate and agree that any and all other claims made by the Parties shall be DISMISSED with prejudice.

WHEREFORE, the Plaintiff and Defendants respectfully request that the Court enter the proposed Consent Judgment attached as Exhibit A and simultaneously submitted to this court via electronic mail and grant all other appropriate relief.

Respectfully submitted this 25th day of May, 2017.

Respectfully submitted:

/s/ *Christopher M. Bikus*  
Christopher M. Bikus (*pro hac vice*)  
KUTAK ROCK LLP  
1650 Farnam St  
Omaha, NE 68102  
Chris.bikus@kutakrock.com

and

Steven E. Feldman  
Sherry L. Rollo  
HAHN LOESER & PARKS LLP  
125 S. Wacker Dr., Suite 2900  
Chicago, Illinois 60606

*Attorneys for Plaintiff Home Instead, Inc.*

/s/ Timothy M Murphy  
Timothy M. Murphy  
150 North Michigan Avenue, Suite 2800  
Chicago, IL 60601  
Phone: (312) 857-8461  
Facsimile: (866) 781-6175  
tim@timmurphylaw.com

*Attorney for Defendants Biju Krishnan and and North Shore Care Management Corp. d/b/a Qualicare Chicago North Shore*

**CERTIFICATE OF SERVICE**

      I, the undersigned attorney for Plaintiff Home Instead, Inc., hereby certify that a true and correct copy of the foregoing was served on all parties to this action via the Court's CM/ECF system:

          /s/ *Sherry L. Rollo*
          Sherry L. Rollo

4825-3308-3721.1